| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 13 2023 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

CITY OF POMONA,

    Plaintiff-Appellee,

 v.

SQM NORTH AMERICA CORPORATION,

    Defendant-Appellant.

No. 22-55219

D.C. No. 2:11-cv-00167-RGK-JEM
Central District of California, Los Angeles

ORDER

Before: BRESS and MENDOZA, Circuit Judges, and ERICKSEN,[*] District Judge.

The panel has voted to deny appellant's petition for rehearing. Judges Bress and Mendoza have voted to deny the petition for rehearing en banc, and Judge Ericksen so recommends.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petitions for rehearing and rehearing en banc, filed May 12, 2023, are DENIED.

---

[*] The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, sitting by designation.